ACCEPTED
05-16-00784-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/27/2018 1:46 PM
LISA MATZ
CLERK

IN THE COURT OF APPEALS
FIFTH DISTRICT OF TEXAS AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/27/2018 1:46:07 PM
LISA MATZ
Clerk

CAUSE NO. 05-16-00784-CV

TONYA PARKS and PARKS REALTY FIRM, LLC,
Appellants,

v.

AFFILIATED BANK,
Appellee.

On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-15-04540-C

APPELLANTS' FIRST MOTION FOR EXTENSION
OF DEADLINE TO FILE APPELLANTS' SUPPLEMENTAL BRIEF

Baltasar D. Cruz
Texas Bar No. 05196150
P.O. Box 600823
Dallas, Texas 75360
telephone: (214) 369 - 9058
telecopier: (732) 875 - 0792
email: BaltasarDCruz@aol.com

ATTORNEY FOR APPELLANTS
TONYA PARKS and PARKS REALTY FIRM, LLC

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COME TONYA PARKS and PARKS REALTY FIRM, LLC, the Appellants in the above-styled and numbered appeal, and file this, *Appellants' First Motion for Extension of Deadline to File Appellants' Supplemental Brief*, and, in support of same, respectfully show:

I.

1.1     Pursuant to this Court's *Order* of March 8, 2018, the deadline for Appellants to file Appellants' supplemental brief in the above-styled and numbered appeal was March 23, 2018. However, **Appellants' counsel did not become aware of this Court's *Order* of March 8, 2018 until March 27, 2018.**  Appellants' counsel apologizes for this oversight.

1.2     Appellants, therefore, respectfully ask this Court to grant a thirty-one (31) day extension of the March 23, 2018 deadline for Appellants to file Appellants' supplemental brief until Monday, April 23, 2018, or that this Court grant such other extension of said deadline as this Court considers just and reasonable, and that the other deadlines imposed by this Court's Order of March 8, 2019 – i.e., April 9, 2018 for filing Appellee's brief in response to same and April 16, 2018 for filing Appellants' reply brief – be likewise extended because Appellants' attorney only became aware of this Court's *Order* of March 8, 2018 on March 27, 2018 and, therefore, requires additional time to prepare Appellants' supplemental brief which was due on March 23, 2018 and the thirtieth day from the date Appellants' supplemental brief is due falls on Sunday, April 22, 2018.

1.3     **This is the first extension that has been requested of the deadline for Appellants to file Appellants' supplemental brief.**

1.4     The extension requested herein is not being sought for purposes of delay but so that

justice may be served because Appellants' counsel requires additional time to prepare Appellants' reply brief in this matter for the reasons stated above.

WHEREFORE, PREMISES CONSIDERED, Appellants respectfully request that they be granted a thirty-one (31) day extension until Monday, April 23, 2018 of the March 23, 2018 deadline for Appellants to file Appellants' supplemental brief, or that this Court grant such other extension of said deadline as this Court considers just and reasonable, and that the April 9, 2018 deadline for filing Appellee's brief in response to same and the April 16, 2018 deadline for Appellants to file a reply brief be likewise extended, and that Appellants be granted such other and further relief to which they may be justly entitled.

Respectfully submitted,

/s/ Baltasar D. Cruz
Baltasar D. Cruz
Texas Bar No. 05196150
P.O. Box 600823
Dallas, Texas 75360
Telephone: (214) 369-9058
Telecopier: (732) 875-0792
e-mail: BaltasarDCruz@aol.com

COUNSEL FOR APPELLANTS
TONYA PARKS and
PARKS REALTY FIRM, LLC

CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Appellee's attorney, John Browning, regarding this motion and that he told me he is opposed to same.

Certified to, the 27th day of March, 2018, by Baltasar D. Cruz.

/s/ Baltasar D. Cruz
Baltasar D. Cruz

CERTIFICATE OF SERVICE

I certify that on this, the 27th day of March, 2018, a complete and accurate copy of this document was electronically served upon the following attorneys for Appellee Affiliated Bank by means of transmission to their respective electronic filing service providers in compliance with rule 9.5 of the Texas Rules of Appellate Procedure:

Jerry Alexander
John Browning
Passman & Jones, PC
2500 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

/s/ Baltasar D. Cruz
Baltasar D. Cruz